RECEIVED IN
The Court of Appeals
Sixth District

FEB 0 9 2015

Texarkana, Texas
Debra Autrey, Clerk

DATE 1-28-2015

IN THE COURT OF APPEALS
SIXTH APPELLATE DISTRICT OF TEXAS
BI-STATE JUSTICE BUILDING
100 NORTH STATE LINE AVENUE #20
TEXARKANA TEXAS 75501

FILED IN
The Court of Appeals
Sixth District

FEB 0 9 2015

Texarkana, Texas
Debra K. Autrey, Clerk

APPELLANT COMPLAINTS
TDCJ #1912325
CLEMENTS UNIT
9601 SPUR 591
AMARILLO. TX 79107

REQUEST FOR AN
INVESTIGATION HEREIN

TO: APPELLANT ADD CONTINUES IN REQUEST
FOR HIS APPEAL ATTORNEY OF RECORD TO
FILE. AN AMENDMENT SUPPLEMENTAL BRIEFS
FOR APPELLANT IN THE RECORD OF CONTROVERTED
PREVIOUSLY UNRESOLVED FACTUAL ISSUE MATERIAL
OF AN illegal BLOOD DRAW. THE TROOPER DEAN
TESTIFIED. IN COURT OPEN COURT THAT HE
PLACE. APPELLANT. BLOOD IN BACK OF A PATROL
CARE WHERE it STRAD FOR A FEW WEEKS THE
BEFOR TAKEN TO THE LAB. FOR TESTING A
BREAK IN CHAIN OF CUSTODY issue THE
APPELLANT ATTORNEY CUT BACK SAME MAIN
IMPROPER ISSUES THAT MAY ENTITLE RELIEF
BLOOD MOOT NO GOOD WAS NOT DRANKING & DRIVING
x ESAW LAMPKIN POSE